EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2002

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 02-00080 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | 21 U.S.C. § 841 (a)(1) and |
| JACK ODO, ) | 841 (b)(1)(C) |
| ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about February 28, 2002, in the District of Hawaii, defendant Jack Odo did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841 (a)(1) and 841(b)(1)(C).

Count 2

The Grand Jury charges that:

On or about February 28, 2002, and subsequent to the events charged in Count 1, in the District of Hawaii, defendant Jack Odo did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

DATED: __3/14__, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Jack Odo
Cr. No. _____
"Indictment"

2